IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50470
Summary Calendar
_____

JOHN WILLIAM WINSLOW,

                                        Plaintiff-Appellant,

versus

BOB OWENS, Texas Board of
Pardons and Paroles,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CV-783
- - - - - - - - - -
October 9, 1996
Before DAVIS, EMILIO M. GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

    John William Winslow appeals the dismissal of his suit as
frivolous.  Winslow contends that he has a liberty interest in
the applicable parole procedures and that the district court
erred in denying his request that it convene a three-judge panel
to consider his constitutional claims.  We have reviewed the
record and Winslow's brief and AFFIRM the district court's

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

dismissal for essentially the same reasons adopted by the district court.  <u>Winslow v. Owens</u>, A-95-CV-783 (W.D. Tex. May 30, 1996).

AFFIRMED.